UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _____

LISA SIPES,

    Plaintiff,

v.

PLANTATION SALES, INC.
d/b/a WESTON NISSAN VOLVO d/b/a
WESTON NISSAN d/b/a WESTON VOLVO
CARS

    Defendant.
_____/

## **COMPLAINT**

COMES NOW, Plaintiff, LISA SIPES ("SIPES"), and files her Complaint against Defendant, PLANTATION SALES, INC. d/b/a WESTON NISSAN VOLVO, d/b/a WESTON NISSAN and d/b/a WESTON VOLVO CARS ("WESTON VOLVO"), for violation of the Equal Pay Act of 1963, as amended, 29 USC § 206(d) ("EPA"), and alleges as follows:

### **JURISDICTION & VENUE**

1. This is an action brought to remedy unlawful employment practices pursuant to the EPA, and this Court has federal question jurisdiction pursuant to 28 USC §1331.

2. SIPES *sui juris* and is a resident of this Court's jurisdiction.

3. WESTON VOLVO is company authorized to do business in the State of Florida and employed Plaintiff in this jurisdiction.

1

## FACTUAL ALLEGATIONS

4. WESTON VOLVO was, at all times the employer of SIPES.

5. WESTON VOLVO sells new and used cars, including but not limited to Nissans and Volvos, as well as provides training and maintenance services, among other services.

6. SIPES is a woman.

7. SIPES worked for WESTON VOLVO from on or about November 2, 2020, until on or about April 7, 2021.

8. SIPES held the position of Finance Manager and Customer Experience Manager.

9. As a Finance Manager, SIPES's duties and/or requirements, included but were not limited to the following:

   a. Sell the appropriate products to the customers in order to maximize the dealership income;

   b. With respect to deliveries, have clean and accurate paperwork;

   c. With respect to deliveries, follow up on any outstanding items;

   d. During delivery, schedule the first service appointment;

   e. Contact all deliveries three days after delivery to thank the customer for their business and find out if the customer has any questions; and

   f. Receive and attend to all Dealer Socket daily to-do's such as contacting customers for their birthdays and vehicle anniversaries.

   g. Make customer calls to remind customers of their leases expiring.

10. SIPES also provided customer service assistance as a Customer Experience Manager, which was in addition to her Finance Manager duties.

11. At all relevant times, SIPES was one of only two female Finance Managers.

12. SIPES performed the same or substantially the same job duties and/or job requirements as her male counterparts, in that the male counterparts, also performed the Finance Manager duties set forth in Paragraph 9.

13. When WESTON VOLVO hired SIPES, it agreed to pay her $1,000.00 per week plus commissions.

14. On or about December 1, 2020, WESTON VOLVO adjusted SIPES's compensation and that of the other woman Finance Manager to $500 per week plus commissions.

15. SIPE's commission were 4%, whereas the men earned twice as much or more.

16. At all relevant times, SIPES was paid less than her male counterparts who performed the same or substantially the same job duties.

17. The difference in pay was due to less of a base rate, commissions on financing of new or used cars, interest on profit known as the "money factor", and

3

other benefits conferred upon SIPES in comparison to the male counterparts who performed the same or substantially the same job duties but who received 9%-10% in commissions.

18. Further, when the male counterparts closed financing of Volvos, they earned 9%-10% percent in commissions.

## CONDITIONS PRECEDENT

19. All conditions precedent has been satisfied or has been waived.

## ATTORNEYS' FEES

20. Plaintiff has retained the undersigned counsel and has agreed to pay reasonable fees.

## COUNT I- VIOLATION OF EPA AGAINST WESTON VOLVO

21. Plaintiff repeats and realleges allegations made in paragraph 1 through 20 of this Complaint.

22. SIPES is a member of a protected category because she is a woman.

23. SIPES performed the same or substantially the same job duties as her male counterparts.

24. At all relevant times, SIPES was paid and/or compensated less than her male counterparts despite performing the same or substantially the same job duties.

25. WESTON VOLVO knew or should have known that its failure to pay SIPES equal pay for equal work was a willful, reckless and contumacious violation of the EPA.

26. Plaintiff has suffered backpay as a result of the EPA violations.

27. SIPES is entitled to reasonable attorneys' fees and costs in the event she prevails in this claim pursuant to 42 USC § 1981.

WHEREFORE, Plaintiff, LISA SIPES, respectfully requests that this Court grant judgment in her favor and against Defendant, PLANTATION SALES, INC. d/b/a WESTON NISSAN VOLVO, WESTON NISSAN & WESTON VOLVO CARS, and award back pay, liquidated damages, interest, attorneys' fees costs and such other further relief that this Court deems just, equitable, and reasonable.

## JURY TRIAL DEMAND

Plaintiff, LISA SIPES, demands a trial by jury on all issues so triable.

Dated this 7th of July 2021

        By:  */s/ Gina Cadogan*
           GINA M. CADOGAN, Esq.
           Fla Bar No: 177350
           CADOGAN LAW
           300 S. Pine Island Road, Ste. 107
           Plantation, FL 33324
           Telephone: 954.606.5891
           Facsimile: 877.464.7316
           Email: gina@cadoganlaw.com
           Email: kathy@cadoganlaw.com